UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
KIRT A. DANIELS,
Debtor.

Chapter 13
Case No. 16-30298-GMH

STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST
RE: PROPERTY LOCATED AT:
3244 Graydon Avenue, East Troy, Wisconsin 53120

Whereas, Debtor having filed an objection to the Motion for Relief from Automatic Stay and Abandonment of US Bank Trust N.A., as trustee of Bungalow Series F Trust[1] ("Movant"); and,

Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the Motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1. That Movant may file a supplemental claim in the amount of $2,275.17; consisting the payment due August 1, 2017, in the amount of $1,244.17; plus $850.00 for

---

[1] US Bank Trust, N.A., as trustee of Bungalow Series F Trust acquired the allowed secured claim from Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, as evidenced by the Transfer of Claim filed on June 26, 2017 at Docket entry 38. BSI Financial Services is the servicer for US Bank Trust, N.A., as trustee of Bungalow Series F Trust.

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

1

attorneys' fees and $181.00 for the Motion for Relief filing fee.

2. Check number 5096, in the amount of $1,244.17, dated July 31, 2017, shall be applied to the payment which came due July 1, 2017. The Standing Trustee is authorized and directed to pay from funds of the estate a supplemental claim filed pursuant to an Order on this Stipulation.

3. That commencing with the September 1, 2017 payment, Debtor shall resume making regular post-petition mortgage payments directly to Movant when due. Until further notice, the monthly payment is $1,244.17 and monthly payments shall be sent exclusively to: BSI Financial Services, Attn: Payment Processing, P.O. Box 679002, Dallas, TX 75267-9002.

4. That Movant is granted a doomsday provision on all heretofore tendered payments, including check number 5096 dated July 31, 2017, and on all regular payments which come due September 1, 2017, through January 1, 2018. That, if any previously tendered payment returns insufficient funds or if Debtor for any reason fails to timely make any regular payment which come due September 1, 2017 through January 1, 2018, upon the filing of a statement of default with notice to Debtor and counsel for Debtor, Movant shall be entitled to an order granting the relief requested in the original motion, including relief from automatic stay and abandonment.

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

5.  Thereafter, in the event Debtor fails to timely make any payments to Movant or breaches any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from the Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Dated this __15__ day of __August__, 2017.

O'DESS AND ASSOCIATES, S.C.
Attorneys for Movant

By:  D. Alexander Martin
     State Bar ID No. 1046591

Dated this 14th day of August, 2017.

ESSERLAW LLC
Attorneys for Debtor

By: *[signature: Steven E. Berg]*
Steven E. Berg
State Bar ID No. 1005755

Dated this _____ day of _____, 2017.

NO OBJECTION:

_____
Scott Lieske, State Bar ID No._____
Office of Chapter 13 Standing Trustee

Daniels 16-30298-GMH

4

Dated this _____ day of _____, 2017.

        ESSERLAW LLC
        Attorneys for Debtor

        _____
        By:   Steven E. Berg
                State Bar ID No. _____

Dated this \_\_\_14th\_\_ day of \_\_\_August\_\_\_\_\_, 2017.

        NO OBJECTION:

        _____
        For Scott Lieske, State Bar ID No._____
        Office of Chapter 13 Standing Trustee

Daniels 16-30298-GMH

4